**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAUTIEF RAYLAND HAMLET,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAN BERNARDINO CTY. PROB.<br>DEP'T et al.,<br><br>        Defendants. | Case No. EDCV 15-1816-JLS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the R&R have been timely filed. On November 27 and December 2, 2015, mail the Court sent Plaintiff at his address of record was returned as undeliverable, with the notation that he was "out of custody." Plaintiff has not filed a change of address.

    Local Rule 41-6 provides that

> [a] party proceeding *pro se* shall keep the Court . . . apprised of such party's current address . . . . If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such

>    plaintiff fails to notify, in writing, the Court and
>    opposing parties of said plaintiff's current address, the
>    Court may dismiss the action with or without prejudice
>    for want of prosecution.

The R&R, which was returned to the Court as undeliverable, was served on Plaintiff on November 9, 2015.

The Court accepts the findings and recommendations of the Magistrate Judge and finds that this lawsuit is subject to dismissal under Local Rule 41-6 as well.  IT IS THEREFORE ORDERED that the Complaint is dismissed without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: January 5, 2016

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE