## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUTIEF RAYLAND HAMLET, | ) Case No. EDCV 15-1816-JLS (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| SAN BERNARDINO CTY. PROB. DEP'T et al., | ) |
| Defendants. | ) |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that Judgment be entered dismissing this action with prejudice.

DATED: January 5, 2016

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE